**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 17, 2016.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00371-CV

---

**WESLEE INVESTMENTS LP, Appellant**

**V.**

**APACHE CORPORATION, Appellee**

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1053949**

---

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed November 9, 2015. On May 10, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.